SHAWN J. BRISCOE

VERSUS

STATE OF LOUISIANA

NO. 22-K-100

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Susan S. Buchholz
First Deputy, Clerk of Court

March 18, 2022

Susan Buchholz
First Deputy Clerk

**IN RE** SHAWN J. BRISCOE

---

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE DONALD L. FORET, DIVISION "H", NUMBER 16-5524

---

Panel composed of Judges Susan M. Chehardy,
Marc E. Johnson, and Robert A. Chaisson

## WRIT GRANTED

In this *pro se* writ application, relator, Shawn J. Briscoe, seeks a writ of mandamus to compel the district court to rule on his motion to suppress evidence, which was filed on or about March 1, 2021, in the Twenty-Fourth Judicial District Court, Division "H," case number 16-5524.

The official record in this case indicates that relator's motion to suppress evidence was set for hearing on January 31, 2022, and ordered continued to March 10, 2022. There is no indication, however, that a hearing was actually held on March 10, 2022, or that the district court has ruled on relator's motion. The trial of this matter is currently set for May 16, 2022.

Based on the foregoing, we grant relator's writ application and order the judge in Division "H" of the Twenty-Fourth Judicial District Court—to the extent that he has not already done so—to set relator's motion to suppress evidence for hearing and to issue a ruling thereon within thirty (30) days from the date of this writ disposition, and to mail a copy of his ruling to this Court and to relator, Shawn J. Briscoe #137596, at Jefferson Parish Correctional Center, 4BL 1-A, P.O. Box 388, Gretna, Louisiana 70053.

Gretna, Louisiana, this 18th day of March, 2022.

**SMC**
**MEJ**
**RAC**

22-K-100

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

NANCY F. VEGA
CHIEF DEPUTY CLERK

SUSAN S. BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **03/18/2022** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**22-K-100**

CURTIS B. PURSELL
CLERK OF COURT

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Donald L. Foret (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Shawn J. Briscoe #137596 (Relator)
Jefferson Parish Correctional Center
P. O. Box 388
Gretna, LA 70054